

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| HJSA No. 3, Limited Partnership, | § | No. 08-18-00113-CV |
| Appellant, | § | Appeal from the |
| v. | § | 143rd District Court |
| Sundown Energy LP, SMC 2000 LP, PGP Holdings 1, LLC, Smith Allen Oil & Gas, LLP, Transmountain Exploration LLC, Fortune Natural Resources Corporation, Texas Heat of the Permian Basin, Inc., Whiting Oil and Gas Corporation, Eagle Rock Acquisition Partnership II, LP, Odyssey Royalties LLC, Horizon Royalties LLC, Pinecone Resources LLC, Brenda Dorman Faught, and Lena Renee Brigman, | § § § § § § § | of Ward County, Texas (TC# 16-05-23886-CVW) |
| Appellees. | § | |
| | § | |

# O R D E R

The Court has this day considered the Appellees' motion to equalize time and concludes the motion should be GRANTED only as to giving the Appellees an additional ten minutes to their argument and DENIED as to their request for a ten minute rebuttal.

IT IS SO ORDERED this 27th day of March, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.